UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| ANTHONY ALEXANDER WHITE, | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| Defendant. | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | 22 D.C. Code §§ 401, 4502; 23 D.C. Code |
| | : | § 1328(a)(1) (2001 ed.) |
| | : | (Assault With Intent to Kill While |
| | : | Armed; Offenses Committed During |
| | : | Release) |
| | : | |
| | : | 22 D.C. Code § 4504(b); 23 D.C. Code |
| | : | § 1328(a)(1) (2001 ed.) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense; |
| | : | Offenses Committed During Release) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 7, 2025, within the District of Columbia, **ANTHONY ALEXANDER WHITE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia Criminal Case Numbers 2012-CF1-017580, 2012-CF2-008925, and 2008-CF2-020650, did unlawfully and knowingly

receive and possess a firearm, with an unknown serial number, capable of expelling 9 millimeter ammunition, and did unlawfully and knowingly receive and possess ammunition, that is, 9 millimeter ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT TWO

On or about July 22, 2025, within the District of Columbia, **ANTHONY ALEXANDER WHITE,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia Criminal Case Numbers 2012-CF1-017580, 2012-CF2-008925, and 2008-CF2-020650, did unlawfully and knowingly receive and possess a firearm, with an unknown serial number, capable of expelling 9 millimeter ammunition, and did unlawfully and knowingly receive and possess ammunition, that is, 9 millimeter ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT THREE

On or about July 7, 2025, within the District of Columbia, **ANTHONY ALEXANDER WHITE**, while armed with a firearm, assaulted E.D.H. with intent to kill E.D.H.

**(Assault With Intent to Kill While Armed**, in violation of 22 D.C. Code §§ 401, 4502 (2001 ed.))

*The Grand Jury Further Charges* that at the time the crime set forth in this Count was committed, **ANTHONY ALEXANDER WHITE** was on release pursuant to the provisions of

Title 23 of the District of Columbia Code in D.C. Superior Court Criminal Case Number 2025-CMD-001367.

**(Offenses Committed During Release**, in violation of 23 D.C. Code §1328(a)(1) (2001 ed.)).

## COUNT FOUR

On or about July 7, 2025, within the District of Columbia, **ANTHONY ALEXANDER WHITE** did possess a firearm while committing the crime of Assault With Intent To Kill While Armed, as set forth in Count Three of this Indictment.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code § 4504(b) (2001 ed.))

*The Grand Jury Further Charges* that at the time the crime set forth in this Count was committed, **ANTHONY ALEXANDER WHITE** was on release pursuant to the provisions of Title 23 of the District of Columbia Code in D.C. Superior Court Criminal Case Number 2025-CMD-001367.

**(Offenses Committed During Release**, in violation of 23 D.C. Code §1328(a)(1) (2001 ed.)).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Ruger PRESCOTT semi-automatic handgun bearing serial number 642-16867 and 5.7x28 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

3

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

A TRUE BILL:


FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/_
David Henek
Chief of VCNT